IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NEFER WILLIAMS,

       Petitioner,

vs.                                                Case No.: 3:05cv175/RV/EMT

PAUL DECKER, WARDEN,

       Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 11, 2006. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.


**DONE AND ORDERED** this 16th day of November, 2006.


/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**